AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

United States of America
v.

SILVIA DELGADO PHELPS

*Defendant(s)*

Case No. 26 mj 348 -N

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2024 in the county of Baldwin in the Southern District of Alabama, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611 | Voting by an Alien |

This criminal complaint is based on these facts:

See attached affidavt

❒ Continued on the attached sheet.

[signature]
*Complainant's signature*

FBI Special Agent Benjamin Matney
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/07/2026

[signature]
*Judge's signature*

City and state: Mobile, Alabama

U.S. Magistrate Judge Katherine P. Nelson
*Printed name and title*