AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

United States of America
v.
SILVIA DELGADO PHELPS
*Defendant*

Case No. 26-mj-348-N

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SILVIA DELGADO PHELPS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Titile 18 U.S.C. § 611 - Voting by an Alien

Date: 10/07/2026

*Issuing officer's signature*

City and state: Mobile, Alabama

U.S. Magistrate Katherine P. Nelson
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/7/2026, and the person was arrested on *(date)* 10/8/2026
at *(city and state)* Mobile, AL

Date: 10/8/26

*Arresting officer's signature*

Benjamin Mater Special Agent
*Printed name and title*

Certified to be a true and correct copy of the original
Christopher Ekman
U.S. District Court Southern District of Alabama
By: Shannon Davison
Deputy Clerk
Date: October 07, 2026